CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

JAN – 5 2021

for the

Western District of Virginia

JULIA C. DUDLEY, CLERK

BY: *[signature]*

DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cory Austin HAMMOND | )  Case No.  1:21 m J 4 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 1, 2019 to present___ in the county of ___Wise___ in the
___Western___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC, Section 846 | Conspiracy to Possess with the Intent to Distribute and/or Distribute a Mixture or Substance Containing Methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Temm, Senior Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ *telephonically*

Date: __1/5/21__

_____
*Judge's signature*

City and state: ___Abingdon, Virginia___

Pamela Meade Sargent, USMJ
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No._____ |
| | ) | |
| DANIEL ROWLAND, ET AL., | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

Your affiant, Ryan C. Temm, a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Bristol, Virginia Field Office, having been duly sworn, deposes and states as follows:

## INTRODUCTION

I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code, and I am empowered by law to conduct investigations and make arrests for the offenses enumerated in Section 2516 of Title 18 United States Code.

I am a Senior Special Agent (SSA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed with ATF for approximately twelve (12) years. I received my training with the Federal Law Enforcement Training Center (FLETC), and the ATF at the National Academy in Brunswick, Georgia. At the ATF National Academy, we trained in various investigative techniques, including preparing a proper Criminal Complaint. Since becoming a Special Agent with ATF, I have participated in numerous search and arrest warrants. I have a Bachelor of Arts Degree in Criminal Justice from The George Washington University and a Master of Public Administration from the University of North Carolina at Charlotte. I also successfully completed a basic law enforcement academy with the Charlotte-Mecklenburg Police Department and served nearly eight years as a police officer.

During my tenure in law enforcement, I have become familiar with the methods and techniques associated with the distribution of narcotics, laundering of drug proceeds, and organization of drug conspiracies. While conducting investigations, I have used the following techniques: interviewing confidential sources and cooperating witnesses; conducting physical surveillance and controlled buys; conducting consensual monitoring and recording of telephonic and non-telephonic communications; and conducting court-authorized electronic surveillance. Further, I have participated in the preparation, presentation, and execution of numerous search and arrest warrants that have resulted in the recovery of weapons, narcotics, money, and

1

documentary evidence indicative of firearm and narcotic trafficking organizations.  Additionally, I have assisted in investigations and arrests leading to federal firearms and narcotics convictions.

Through my training and participation in investigations, I have become familiar with the manner and methods by which narcotics traffickers conduct their illegal business and the language and terms that are used to disguise conversations about their activities.  From experience and training, I have learned that in conversations narcotics traffickers believe susceptible to interception, they virtually never expressly refer to methamphetamine or other illegal drugs by name.  Instead, to conceal the true nature of their illegal activities and thwart detection, they refer to the drugs and drug quantities using seemingly innocent terms.  Further, based on my training, experience and participation in firearm and narcotic trafficking investigations, I know that individuals who deal in illegal controlled substances maintain books, records, receipts, notes, ledgers, bank records, money orders, electronic files/data, computers and papers relating to the importation, manufacture, transportation, ordering, sale, and distribution of illegal controlled substances.  These books, records, receipts, notes, ledgers, bank records, money orders, electronic files, computers, etc. are maintained in locations to which the dealers have ready access, such as their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, business locations with which the trafficker is associated, or storage areas.

Individuals who deal in illegal controlled substances routinely conceal large quantities of currency, financial instruments, precious metals, jewelry, and other items of value, typically proceeds of illegal controlled substance transactions.  Indeed, when drug traffickers amass large proceeds from the sale of drugs, they often attempt to legitimize or "launder" these profits.  To accomplish this, drug traffickers may utilize domestic and foreign banks and/or financial institutions and their attendant services, such as securities, cashier's checks, money drafts, letters of credit and safe deposit boxes.  All of these items are generally found within their residences and surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, business locations with which the trafficker is associated, or storage areas.

It is common for individuals who deal in the sale of illegal controlled substances to secrete contraband related to the trafficking activity, such as scales, razors, packaging materials, cutting agents, cooking utensils, microwave ovens, hair dryers, blenders, pots, dishes and other containers for preparing methamphetamine and other controlled substances for distribution, within their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, business locations with which the trafficker is associated, or storage areas.

Individuals who deal in the sale and distribution of controlled substances commonly maintain telephone numbers and address books or papers that reflect names, addresses and/or

telephone numbers for their associates.  These individuals often utilize cellular telephones, pagers and telephone systems to maintain contact with their associates in their illegal businesses. These electronic devices, telephone records, bills and paper are often found within their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, in business locations with which the trafficker is associated, or in storage areas.

Individuals who deal in illegal controlled substances often take photographs of themselves, their associates, their property, and their illegal contraband.  These photographs are usually maintained within their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, business locations with which the trafficker is associated, or storage areas.

Persons who traffic in controlled substances maintain documents, letters, and records relating to their illegal activities for long periods of time.  This documentary evidence is usually secreted within their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, business locations with which the trafficker is associated, or storage areas.

Individuals involved in narcotics trafficking often own, possess, and/or use firearms as a means of facilitating their illegal drug activities. Said firearms are used to protect and secure a drug trafficker's property and narcotics from law enforcement and from theft by other criminals. Drug traffickers also possess firearms as a means of enforcing drug transactions, i.e., as a means of ensuring payment for the drugs they sell.  Such weapons are most often secreted within their residences and the surrounding curtilage, their vehicles, the residences of family members, friends and associates, and the places in which they conduct their drug distribution activities, such as stash or safe houses, in business locations with which the trafficker is associated, or in storage areas.  Persons who possess or collect firearms also keep other firearm-related equipment, including ammunition, ammunition magazines, holsters, bullet-proof vests, pistol grips, pistol boxes, cleaning kits, and paperwork regarding the acquisition and disposition of firearms.

Individuals who are members of active drug organizations stay in regular contact with one another.  This contact does not terminate once an individual is incarcerated.  Incarcerated members of drug organizations routinely send letters to and receive letters from other members of the organization in which they discuss ongoing criminal activities and request various forms of assistance, from financial help to help engaging in witness intimidation or elimination.  In addition, incarcerated drug organization members often keep photographs of themselves and other members of their organization to obtain respect from other inmates.

Based on my training and experience, I have become familiar with methods used by traffickers to smuggle and safeguard narcotics, distribute narcotics, and collect and launder drug proceeds. I am aware of the sophisticated tactics drug dealers routinely use to attempt to thwart detection by law enforcement, which include the utilization of numerous cellular telephones, counter surveillance, false or fictitious identities, and coded communications. I know that individuals involved in narcotics trafficking often use "code" words when facilitating illegal drug transactions. Based on my knowledge and participation in this investigation, terms such as "g," "game," "ball game," "O," "qp," "q" and "zip" were used when conducting methamphetamine transactions to avoid detection from law enforcement.

The information contained in this affidavit is based on my personal observations, the observations of other law enforcement officers, observations of Confidential Informants (CI's) and Cooperating Sources (CS) as related to me, my review of official police and government reports, and consultation with other agents/officers involved in the investigation. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts regarding this case.

This affidavit is submitted in support of Criminal Complaints and Arrest Warrants for Cory Austin HAMMOND (aka Austin HAMMOND), Jessica Ann ROBEY, Jonathan Adam ROLLINS and Daniel Eugene ROWLAND.

## INITIAL SUMMARY

In 2019 and 2020, law enforcement in Wise County, Virginia obtained information regarding the distribution of crystal methamphetamine in Wise, Scott and Lee Counties. Through various investigative techniques, law enforcement identified a group of individuals involved in the distribution of crystal methamphetamine. In addition to being involved in the drug trade, many of these individuals possessed firearms. Many of these firearms were used for protection while transporting drugs, as a means of intimidation during drug transactions, and as payment for drug debts.

Members of this drug trafficking conspiracy have transported pounds of crystal methamphetamine from Georgia into southwest Virginia. Members of the drug conspiracy have also carried firearms in furtherance of their narcotics trafficking activities.

From January 2019 until the present, federal, state, and local law enforcement officers have made arrests, conducted interviews, executed search warrants, conducted surveillance, analyzed phone records, reviewed social media accounts, and executed controlled purchases of methamphetamine from members engaged in the conspiracy to distribute methamphetamine.

4

## PROBABLE CAUSE

### Cory Austin HAMMOND

On April 8, 2020, SWDTF Agent Larry Mullins and WCSO Deputy Zac Clifton conducted an interview with CS-3. CS-3 stated when he/she was arrested, he/she was in route to Ridge Avenue Apartments in Appalachia, Virginia, to purchase methamphetamine. Austin HAMMOND, who was with him/her, had the connection to the source. Also present during the arrest were AS and CR.

On May 7, 2020, The SWDTF used an undercover agent to purchase 3.65 grams of methamphetamine for $170 from HAMMOND in Big Stone Gap, Virginia.

On June 8, 2020, DEA SA Brian Snedeker and VSP SA Ray Cox interviewed Daniel ROWLAND. Before the interview, SA Cox advised ROWLAND of his rights. ROWLAND said his customers include Austin HAMMOND from Wise County, Virginia, and that HAMMOND gets a quarter pound of methamphetamine at a time from him.

On June 15, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA SA Brian Snedeker interviewed Daniel ROWLAND. ROWLAND said his first trip to Georgia to meet Eric Glass was around the end of April or beginning of May 2020. ROWLAND stated that he and Austin HAMMOND went to a Red Roof Inn in Buckhead, Georgia, where they met Shane Cress. ROWLAND stated he had money and HAMMOND had money, together totaling about $14,000. ROWLAND stated HAMMOND gave Cress the money. Robert LNU and Eric Glass arrived and sold Cress approximately a kilo of methamphetamine for $14,000. Cress then provided HAMMOND the narcotics. ROWLAND stated he thought Tiffany Vanover was there, too. ROWLAND stated HAMMOND dealt with Cress when Cress lived in Wise, Virginia.

On June 18, 2020, SWDTF Agent Clint Johnson and I interviewed CS-10 at the Scott County Sheriff's Office. CS-10 named several people who have been to Georgia to pick up methamphetamine, including Austin HAMMOND.

On June 24, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA Agent Brian Snedeker interviewed CS-5 at the Wise County, Virginia Commonwealth's Attorney's Office. CS-5 stated the first time he/she traveled with Daniel ROWLAND to Georgia was Mother's Day weekend (May 9-10, 2020). On May 8, 2020, ROWLAND picked him/her up from his/her residence in Big Stone Gap, Virginia, in his grey car. CS-5 stated they left for Georgia with ROWLAND driving. CS-5 stated ROWLAND had about $12,000 in cash. CS-5 stated they stopped at the Walmart on Lynn Garden Drive in Kingsport, Tennessee. They met with NC, CP, and an unknown black male nick-named "Driver." CS-5 stated these people were supposed to follow him/her and ROWLAND to Georgia. CS-5 stated he/she and ROWLAND left Walmart for Georgia. CS-5 stated while traveling, ROWLAND spoke with Austin HAMMOND on the phone. HAMMOND was getting some of the methamphetamine they were buying in Georgia.

On July 1, 2020, SWDTF Agent J.T. Coleman and I interviewed CS-11 at the Southwest Virginia Regional Jail at Duffield. CS-11 said Austin HAMMOND and a one-armed man (MM) from Big Stone Gap also frequent Adam Bower's house. Bowers is a known methamphetamine trafficker.

On July 18, 2020, SWDTF Agent Matt Russell and I interviewed Jon ROLLINS at the Scott County Sheriff's Office. ROLLINS had been arrested and was read his Miranda Rights. He acknowledged these rights and signed a waiver form. ROLLINS said Austin HAMMOND was making trips with ROWLAND. He (HAMMOND) was also buying from Shane Cress, but was told not to come back. ROLLINS said he didn't really deal with Cress though.

On July 29, 2020, SWDTF Agent Larry Mullins and I interviewed CS-7. CS-7 said KR has also sold methamphetamine to Austin HAMMOND, WH, TM and her father, and JL.

On August 3, 2020, ATF SSA Stephen Levesque and I interviewed CS-12 at the Southwest Virginia Regional Jail at Duffield. Twice in April, CS-12 said HL was at his/her house when ROWLAND showed up and others started arriving to buy methamphetamine from ROWLAND. CS-12 said ROWLAND had a black box that went under his car, which had a pound of methamphetamine in it that is probably still there. He/She said ROWLAND gave him/her a quarter ounce of methamphetamine for letting him stay and sell there. ROWLAND sold to Spider (SS), Tiffany Vanover, TV, and Austin HAMMOND. CS-12 said ROWLAND told him/her he'd give him/her 4 ounces of methamphetamine and a gun if he'd/she'd shoot Austin HAMMOND in the leg. ROWLAND said he had seen phone calls on HAMMOND's phone where HAMMOND had been calling the DTF.

HAMMOND has prior felony convictions for drug distribution and probation violations. He has a 2018 conviction in Dickenson County for Sell/Provide Schedule I or II. HAMMOND also has two felony probation violations.

### Jessica Ann ROBEY

On June 2, 2020, the SWDTF used CS-10 to buy 10.1 grams of methamphetamine from Jessica ROBEY for $450 in Big Stone Gap, Virginia.

On June 8, 2020, DEA SA Brian Snedeker and VSP SA Ray Cox interviewed Daniel ROWLAND. Before the interview, SA Cox advised ROWLAND of his rights. ROWLAND said he delivers/sells methamphetamine to several people in Lee and Wise Counties, including Jessica ROBEY from Big Stone Gap, Virginia. ROWLAND said he had $5,000 of ROBEY's money on his last trip to Georgia when he was arrested in her driveway. She also buys methamphetamine from Jon ROLLINS.

On June 17, 2020, SWDTF Agents Larry Mullins and Matt Russell and I interviewed CS-

13 at the Washington County Sheriff's Office. CS-13 stated ROWLAND deals in methamphetamine with Jessica ROBEY, CM, CS, SH, and Jon ROLLINS. CS-13 said he/she knows ROWLAND delivered to ROBEY at least twice this year in May and June.

On June 18, 2020, SWDTF Agent Clint Johnson and I interviewed CS-10 at the Scott County Sheriff's Office. CS-10 stated he/she knows a lot of people involved in selling methamphetamine in the southwest Virginia and Northeast Tennessee area. He/She provided a list of names that included CF, PB, RL, WW, PC, MH, LN, John ROLLINS and his girlfriend LM, JS, PS, AD, MC, SO, RH, SM, JM, KM, JH (KM's daughter-in-law, married to Chewie (MH)), RK, DC, CC, TW, Jessica ROBEY, SS, LS, SF, LH, DS, and KB. CS-10 said John ROLLINS, BM, and Jessica ROBEY work together.

On June 23, 2020, SWDTF Agent Larry Mullins and I interviewed CS-14 at the Wise County Courthouse. CS-14 stated in addition to himself/herself, Jon ROLLINS sold methamphetamine to Jessica ROBEY, HB, SH, SW, MH, her neighbor in apartment 98, TB, MK, and Tim McMahan. CS-14 believes ROLLINS was also staying at or selling from Jessica ROBEY's apartment in Inman Village.

On June 24, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA Agent Brian Snedeker conducted an interview with CS-5 at the Wise County, Virginia Commonwealth's Attorney's Office. CS-5 stated the third time he/she traveled with ROWLAND to Georgia they took ROWLAND's car and left on a Thursday (June 4, 2020). CS-5 stated when they left on Thursday, they first went to Jessica ROBEY'S residence. CS-5 stated upon their arrival, he/she went to the bathroom and when he/she came out, ROWLAND and ROBEY were counting out about $10,000 in cash. ROBEY gave ROWLAND $2,000 in cash. JS was also at the residence.

On July 1, 2020, SWDTF Agent J.T. Coleman and I interviewed CS-11 at the Southwest Virginia Regional Jail at Duffield. CS-11 said he/she met Jessica ROBEY through Daniel ROWLAND earlier this year. CS-11 said ROLLINS is ROBEY's methamphetamine source now. CS-11 said he/she only gets user amounts (to him/her 8-balls) from VC, Jessica ROBEY, and MS. He/She said he/she once (sometime in 2020) got a half ounce from Eddie Regan on front for $500, but never paid him. CS-11 said he/she has gotten a half ounce every two to three months from ROBEY since he/she has known her.

On July 18, 2020, SWDTF Agent Matt Russell and I interviewed Jon ROLLINS at the Scott County Sheriff's Office. ROLLINS had been arrested and was read his Miranda Rights. He acknowledged these rights and signed a waiver form. ROLLINS identified the following individuals as those who he deals with regularly and that buy half pounds of methamphetamine apiece: Tiffany Vanover, Petie Bowen, Eddie Regan, and Jessica ROBEY. He said ROBEY has sent money with him and Regan has ridden down to Atlanta with him, but stayed at the hotel. ROLLINS was selling quarter pounds for $3,000 and an ounce for $800-1400. ROLLINS said the big mover in Lee County is Regan. ROLLINS said, besides himself, ROBEY is the biggest mover in Wise County. ROLLINS said CW is usually hanging out at Jessica ROBEY's.

7

On July 29, 2020, SWDTF Agent Larry Mullins and I interviewed CS-7. CS-7 stated that in September or October of 2019, he/she bought an 8-ball to quarter ounce of methamphetamine ($200 worth) four to five times from Jessica ROBEY at her house in Hamner Hollow. He/She said she (ROBEY) is seeing BM right now and thinks they get their methamphetamine from Kingsport, Tennessee.

On July 31, 2020, SWDTF Agent Clint Johnson and I interviewed CS-8 at the Southwest Virginia Regional Jail at Duffield. He/She bought an ounce of methamphetamine from Jessica ROBEY once in May and believes ROBEY was getting her methamphetamine from the same place as Jon ROLLINS.

On August 3, 2020, ATF SSA Stephen Levesque and I interviewed CS-12 at the Southwest Virginia Regional Jail at Duffield. CS-12 said HL is staying at Jessica ROBEY's. JS stole $3,000 from ROBEY. CS-12 said he/she has gotten methamphetamine from ROBEY on several occasions and owes her now for an 8-ball. She (ROBEY) also sells to BI.

On September 15, 2020, SWDTF Agent Matt Russell and I interviewed CS-15. CS-15 stated Daniel ROWLAND stayed at his/her house for a couple weeks several months ago (March-April 2020). He/She said he/she has known ROWLAND a long time. CS-15 said ROWLAND came to his/her house and threw down his bag. CS-15 could see about a kilogram of methamphetamine in the bag. CS-15 said he/she saw ROWLAND sell ounces of methamphetamine to JM, Jon ROLLINS, AB, Jessica ROBEY, RE, JH, BT, Tiffany Vanover, and HL. ROWLAND gave him/her methamphetamine for letting him stay there.

On September 09, 2020, SWDTF Agents Hill and Matt Russell went to the Duffield Regional Jail and spoke with CS-16. CS-16 said he/she knows Jessica ROBEY and has bought as much as a quarter ounce of methamphetamine from her at once. He/She has probably bought a total of three ounces from her altogether and has seen her with as much as a pound to a pound and half of methamphetamine.

ROBEY has prior felony convictions for Perjury (Wise County, 2005) and two convictions for Drug Distribution, Schedule I or II (Scott County, 2017).

### Jonathan Adam ROLLINS

On May 7, 2019, SWDTF Agent Clint Johnson, DEA TFO Brandon Johnson, and I interviewed CS-17 at the Scott County Sheriff's Office. CS-17 said when Jamie Christian was out of methamphetamine, he often went to Sammy McMahan's to get it. He/She said Christian was selling to Jon ROLLINS, JR, GB, KV, and MM. CS-17 said his/her knowledge comes from the fact Christian stayed at his/her house in East Stone Gap on and off (half the time) for about three months. He/She said Christian gave him/her a gram a day for this courtesy. CS-17 had been interviewed regarding the Travis Pennington et al case.

On June 8, 2020, DEA SA Brian Snedeker and VSP SA Ray Cox interviewed Daniel ROWLAND. Before the interview, SA Cox advised ROWLAND of his rights. ROWLAND said Jon ROLLINS, from Big Stone Gap, Virginia, has been accompanying him on all his trips to Atlanta to meet with Eric Glass except the most recent trip. ROLLINS buys half a kilo to one kilo of methamphetamine from Glass on each trip. Right now, ROLLINS has $20,000 to spend on methamphetamine, since he did not accompany ROWLAND on this most recent trip. ROLLINS does not have a car and has no fixed/permanent residence. Glass wants ROWLAND to move to Atlanta, Georgia, full-time and perhaps have ROLLINS take over ROWLAND's distribution activities. ROWLAND said his customers include Jessica ROBEY from Big Stone Gap, Virginia. ROWLAND had $5,000 of her money on this last trip. She also buys methamphetamine from Jon ROLLINS.

On June 15, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA SA Brian Snedeker conducted an interview with Daniel ROWLAND. ROWLAND stated Jon ROLLINS was going with him to Glass's location in Georgia to get methamphetamine. After ROLLINS started running his mouth about it, he quit taking him.

On June 17, 2020, SWDTF Agents Larry Mullins and Matt Russell and I interviewed CS-13 at the Washington County Sheriff's Office. CS-13 stated ROWLAND deals in methamphetamine with Jessica ROBEY, CM (4 oz.), CS, SH and Jon ROLLINS.

On June 18, 2020, SWDTF Agent Clint Johnson and I interviewed CS-10 at the Scott County Sheriff's Office. CS-10 stated he/she knows a lot of people involved in selling methamphetamine in the southwest Virginia and Northeast Tennessee area. He/She provided the following list of names: CF, PB, RL, WW, PC, MH, LN, John ROLLINS and his girlfriend, JS, PS, AD, MC, SO, RH, SM, JM, KM, JH, RK, DC, CC, TW, Jessica ROBEY, SS, LS, SF, LH, DS and KB. CS-10 said John ROLLINS, BM and Jessica ROBEY are associated.

On June 23, 2020, SWDT Agent Larry Mullins and I interviewed CS-14 at the Wise County Courthouse. CS-14 said he/she has known Jon ROLLINS his/her entire life and knows he has been selling methamphetamine for years. CS-14 said starting in the middle of 2019, he/she was living in the apartments at Ridge Avenue and ROLLINS came to his/her apartment about once a month to sell methamphetamine from it. He/She said it started with ounces. CS-14 said ROLLINS was going to Georgia to meet a Mexican at a hotel every three days to pick up methamphetamine. CS-14 stated in addition to himself/herself, ROLLINS sold methamphetamine to Jessica ROBEY, HB, SH, SW, MH, his/her neighbor in apartment 98, TB, MK, and Tim McMahan. CS-14 said Daniel ROWLAND was ROLLINS' partner. CS-14 believes ROLLINS was also staying at or selling from Jessica ROBEY's apartment in Inman Village. Within the last couple months, ROLLINS has bragged to him/her about being the "plug," CS-14 said. About three months ago (April or so), ROLLINS brought a kilo of methamphetamine to his/her apartment. He/She said he/she saw him weigh it. It was in one chunk in a zip-lock bag. CS-14 said people didn't like this methamphetamine as much due to its

9

opaque appearance. He/She said he/she took two ounces of it, added water, and microwaved it to recrystallize it. About a month ago, ROLLINS had three kilos of methamphetamine, but CS-14 did not personally see it. CS-14 said he/she believes ROLLINS' last trip to Georgia to get methamphetamine was about three weeks ago. He did not come to his/her house after his return as he normally does. He/She said he is in "hiding" and won't answer his/her calls; he/she doesn't know where he is. CS-14 stated ROLLINS was stranded in Georgia when ROWLAND was arrested on June 7, 2020, and MK stole MP's car to go get him. CS-14 said ROLLINS carries a gun and it is a bright green and black semi-automatic pistol.

On June 24, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA Agent Brian Snedeker interviewed CS-5 at the Wise County, Virginia Commonwealth's Attorney's Office. CS-5 stated the second time he/she traveled to Georgia with ROWLAND was later in May 2020. CS-5 stated they went into a hotel to see Eric Glass. Upon arrival at GLASS's room, he/she and ROWLAND made contact with an older white male, Tom LNU, Ritchie LNU and Glass. ROWLAND told Glass that Frazier did not make the previous rip-off right. CS-5 stated that ROWLAND gave Glass money. Glass told them he had to walk down to the bottom of the hotel and left. Glass arrived back at the room and gave ROWLAND a kilo of methamphetamine. CS-5 stated that in return, ROWLAND gave Glass about two ounces of methamphetamine. He/She and ROWLAND left the Marriott. CS-5 stated that while driving, ROWLAND received a call from Jon ROLLINS. Rollins told ROWLAND that he, LM, Tiffany Vanover, RE, GM, BB, and BT were all at the Motel 6 in Marietta, Georgia. CS-5 stated he/she and ROWLAND went to the Motel 6 and made contact with ROLLINS. ROLLINS gave ROWLAND $1,500 and ROWLAND gave him 2.5 ounces of methamphetamine. CS-5 stated the third time he/she traveled with ROWLAND to Georgia, they took ROWLAND's car and left on a Thursday (June 4, 2020). CS-5 stated he/she and ROWLAND left and drove to a Zoomerz gas station in Kingsport, Tennessee. They picked up Jon ROLLINS and KV and all four of them left for Georgia. CS-5 stated that on June 7, 2020, he/she, ROWLAND, KV, and Jon ROLLINS all left Georgia together with one kilogram and five ounces of methamphetamine. CS-5 stated that while driving back to Virginia, they dropped KV off without any dope somewhere in Tennessee because she got scared. CS-5 stated they dropped ROLLINS off with LM on Lynn Garden Drive or Gate City, Virginia. ROLLINS took one ounce of methamphetamine with him. CS-5 stated that later on that day is when they were arrested in a vehicle stop on June 7, 2020, in Big Stone Gap, VA.

On June 30, 2020, SWDTF Agent Larry Mullins, VSP Agents Ray Cox and Tonya Atwell and I interviewed CS-6 at the Wise County Courthouse. CS-6 said Jon ROLLINS was with RL when CS-6 bought methamphetamine from RL three weeks prior.

On July 1, 2020, SWDTF Agents Clint Johnson and Jason Wood and I interviewed CS-18, CS-19 and CS-20 at the Scott County Sheriff's Office. CS-18 stated he/she knows Jon ROLLINS and referred to him as JR. CS-19 stated he/she heard BB and CS-18 talking about JR (Jon ROLLINS) having also been in Georgia when they were there on this last trip. CS-20 said both Jon ROLLINS and CS-18 have asked to use his/her car and he/she refused, knowing it was going to be taken on a trip to Georgia to re-up. CS-20 said he/she has never sold

methamphetamine and has only gotten it from ROLLINS and CS-18 for free for his/her own use.
CS-20 stated he/she and others use Facebook Messenger to get methamphetamine. He/She said
Jon ROLLINS often uses his girlfriend (LM)'s account, his own account under his name, and an
account under username "Icey Way."

On July 1, 2020, SWDTF Agent J.T. Coleman and I interviewed CS-11 at the Southwest
Virginia Regional Jail at Duffield. CS-11 said those associated with ROWLAND are CT (he/she
said was a big runner for ROWLAND), JM, VC, Eddie Regan (he/she said he might be taking
over ROWLAND's business with John ROLLINS), DC, RC, and RM. CS-11 said he/she met
Jessica ROBEY through ROWLAND earlier this year. CS-11 said ROLLINS is ROBEY's
source now.

On July 18, 2020, a Scott County Sheriff's Office (SCSO) deputy stopped a vehicle
driven by Jon ROLLINS. The deputy asked ROLLINS to exit the vehicle and asked him if he
had any weapons on his person. ROLLINS responded that he had a knife. In a pat down for
weapons, the deputy felt what he believed were drugs/packaging in ROLLINS' front pocket.
ROLLINS was handcuffed. The deputy went back to the car and observed a pistol in the driver's
seat. Another pistol was located under the driver's seat. During a further search of the vehicle,
deputies found approximately $38,000 and approximately one to two ounces of suspected
methamphetamine.

On July 18, 2020, SWDTF Agent Matt Russell and I interviewed Jon ROLLINS at the
Scott County Sheriff's Office. ROLLINS had been arrested and was read his Miranda Rights.
He acknowledged these rights and signed a waiver form. ROLLINS was arrested in possession
of two pistols, approximately $38,000, and approximately one to two ounces of suspected
methamphetamine. ROLLINS said he has been involved in the buying and selling of
methamphetamine for the better part of six to seven years. I asked ROLLINS if he was headed to
Atlanta ("down south") to re-up (re-supply). ROLLINS responded that was the way he was
thinking about heading. Later, ROLLINS confirmed he had made plans (a deal was set up) to
meet Eric Glass in Georgia to re-up and was supposed to leave that night (Saturday 6/18/20).
ROLLINS said he has been going to Atlanta to buy methamphetamine since about March. He
started out as "partners" with Daniel ROWLAND and they have gone to Atlanta together many
times. ROLLINS said the methamphetamine had "dried up" everywhere except Atlanta.
ROLLINS said when they were both going to Atlanta, they were bringing back, on average, five
kilograms, and at the most, seven to eight kilograms of methamphetamine. Their main contact
(plug) was Eric Glass. ROLLINS believes Glass had two suppliers—one was Mexican and the
other was a black male who often stayed at the Marriott. ROLLINS said he/they were going once
a week to re-up, purchasing three to five kilograms at a time for $12,000 to $15,000 per
kilogram. ROLLINS said no one else around here (southwest Virginia) uses Glass as a plug.
ROLLINS said Glass has two places in Atlanta—a condo and a house on the "other side of
town." ROLLINS said Glass has been to Virginia, but is currently afraid to come back.
ROLLINS said he last made the trip to Atlanta on Tuesday (7/14/20) and returned on Thursday
(7/16/20) with 1.5 kilograms or "1,500 grams" of methamphetamine that he purchased for

11

$23,000. He also had a little bit of heroin for personal use that he bought from a friend of Glass. ROLLINS said Glass got this methamphetamine from the Mexicans and it had come in a Tupperware container. ROLLINS said he believes the main Mexican is in prison somewhere. Glass calls him and the Mexican in prison calls his son, who then meets Glass to do the deal. ROLLINS said that scenario takes about an hour to occur. ROLLINS identified the following individuals as people he deals with regularly and that buy half pounds of methamphetamine apiece: Tiffany Vanover, Petie Bowen, Eddie Regan, and Jessica ROBEY. He said ROBEY has sent money with him to Atlanta and Regan has ridden down to Atlanta with him, but stayed at the hotel. ROLLINS was selling quarter pounds of methamphetamine for $3,000 and an ounce for $800-1400. ROLLINS said the big mover in Lee County is Regan. ROLLINS said, besides himself, ROBEY is the biggest mover in Wise County. ROLLINS said there were a number of people from southwest Virginia who were tripping to Atlanta to get methamphetamine, but they were only getting 8-10 ounces at a time. This included "Meth Jesus" (AB), TWV, and NC. He said TWV and AB were dealing with the same source. Regan told ROLLINS about NC going to Georgia. Before March 2020, ROLLINS said he was buying methamphetamine in Kingsport from DH, "Big John" Skeens, NC, and BB, a couple ounces to a half pound at a time. ROLLINS acknowledged he knew he was a convicted felon for prior distribution of methamphetamine in Wise County in 2017. ROLLINS admitted he knew he was not allowed to have a gun and knew it was wrong, but carried it because he was scared of getting his "head blown off." He needed a gun at this "level," he said. ROLLINS gave an example of a scenario he believed necessitated him carrying a gun. ROLLINS said, what if one of the black gangs in Atlanta found out a "white guy" was coming to Atlanta to scoop up their dope? He would need to protect himself. ROLLINS said the methamphetamine located on his person and vehicle at the time of his arrest was left over from his last Atlanta run. Regarding the firearms in his possession, ROLLINS said the Ruger pistol was brand new in the box and came from Petie Bowen. He had had it a month. The H&K came from AB and he had had it for three months. ROLLINS said he traded dope and money for both firearms. ROLLINS said the day ROWLAND was arrested he (ROWLAND) had come back from an Atlanta run and he (ROLLINS) was headed back down with Chad Frazier and EF. Frazier's plug didn't have any methamphetamine so he (ROLLINS) bought a half pound for Frazier. ROLLINS said EF has tried to buy from him since then. He met her at KA's residence. ROLLINS said Austin HAMMOND was making trips with ROWLAND. He (HAMMOND) was also buying from Shane Cress, but was told not to come back. ROLLINS said he didn't really deal with Cress, though. ROLLINS said he had a falling out with VC and stopped dealing with her. ROLLINS said CW is usually hanging out at Jessica ROBEY's house. ROLLINS said in Scott County the biggest mover was AB.

On July 23, 2020, SWDTF Agent Clint Johnson and I interviewed Daniel Carter at the Southwest Virginia Regional Jail at Duffield. Carter said on two occasions he drove Bowen to the person he believes was his source, Tiffany Vanover. Bowen picked up a quarter pound of methamphetamine each time. Carter said Bowen introduced him to Vanover. He said he drove Vanover one time to Cliff Mountain where Bowen said his family was and Vanover met Jon (I believe ROLLINS). Carter said he did not see what Jon looked like, but he rode down and met them on the road on a lawnmower. Carter stated Vanover got a half pound of methamphetamine

for $6,000. It was in one Saran wrapped package.

On July 29, 2020, SWDTF Agent Larry Mullins and I interviewed CS-7. CS-7 said that from the middle of 2019 to January 2020, he/she bought a half ounce from Jon ROLLINS four to five times.

On July 31, 2020, SWDTF Agent Clint Johnson and I interviewed CS-8 at the Southwest Virginia Regional Jail at Duffield. Besides Kris Tremblay, CS-8 said he/she has bought three ounces from Jon ROLLINS, two ounces in one day around April or May 2020. ROLLINS carries a gun, he/she said. He/She said he/she bought an ounce from Jessica ROBEY once in May 2020 and he/she believes ROBEY was getting her methamphetamine from the same place as ROLLINS. He/She said he/she bought an ounce of methamphetamine from TM and Daniel ROWLAND seven to eight times (five to six times from TM and two times from ROWLAND).

On August 3, 2020, ATF SSA Stephen Levesque and I interviewed CS-12 at the Southwest Virginia Regional Jail at Duffield. He/She said Jon ROLLINS carries two pistols and has sold him/her 8-balls. In June, CS-12 saw ROLLINS in possession of a pound of methamphetamine at CS's apartment in Inman Village and gave him/her an ounce on front for $400. An "M-14" that CS-12 described as automatic was at the apartment. ROLLINS was trying to buy the firearm, but RJ currently has it.

On September 15, 2020, SWDTF Agent Matt Russell and I interviewed CS-15. CS-15 said he/she let Daniel ROWLAND live at his/her house for a period of time. While there, CS-15 said he/she saw ROWLAND sell ounces of methamphetamine to JM, Jon ROLLINS, AB, Jessica ROBEY, RE, JH, BT, Tiffany Vanover, and HL. ROWLAND gave him/her methamphetamine for letting him stay at his house.

ROLLINS has prior felony convictions for Sell/Provide Schedule I or II in Lee County in 2019 and a Felony Probation Violation in Wise County in 2019.

### Daniel Eugene ROWLAND

On September 20, 2019, the Swain County, North Carolina Sheriff's Office was conducting a driver's license checkpoint on US 19 at the Old Teddy Bear Motel. While conducting the driver's license checkpoint, a yellow two-door Chevy pulled up. The driver handed Deputy Furr a State of North Carolina driver's license that had expired on March 21, 2019. Deputy Furr requested that the driver, Daniel ROWLAND, pull the car over to the parking lot of the old motel. At that point, Lt. Robinson took over the interaction with the vehicle. Lt. Robinson made contact with the driver of the car, Daniel ROWLAND. Lt. Robinson advised him that his license had expired in March. He stated he had not had time to get it renewed. Lt. Robinson asked if he had any weapons in the car and hesitantly, he said "no." Lt. Robinson walked back to his patrol vehicle to run ROWLAND's driver's license and check him for warrants. During this time, Lt. Robinson asked Deputy Shrader to keep an eye on the vehicle.

The driver, Daniel ROWLAND, was acting very nervous and the passenger, a female, was moving around a lot. Lt. Robinson ran ROWLAND on his computer and discovered ROWLAND had been in prison. Lt. Robinson wrote him a citation for the expired driver's license. When Lt. Robinson walked back up to the car, Deputy Shrader advised him he could see part of a handgun in the vehicle. Lt. Robinson advised Deputy Shrader that ROWLAND had been in prison and it was possible he is a felon. Lt. Robinson requested a search of the vehicle. ROWLAND stated the backpack in the car was not his. The female passenger stated, "search my car, it's fine, search all of my stuff." The female passenger was Sarah Sumpter. She said the car belonged to her family and they were letting her use it. She then advised again that the deputies could search the car. By this time, a two-shot FIE derringer with no serial number was found in the vehicle. The derringer had two bullets in the chambers. The gun was secured. A second gun, a Kel-tec .32 automatic, was then noticed in the door pocket on the passenger side where Sumpter was sitting. That weapon was secured. Again, the subjects in the car were asked if there were any weapons in the car. ROWLAND and Sumpter stated they did not have any weapons. Sumpter advised she had nothing to hide and to search the car. While searching the car, Lt. Robinson came across a backpack behind the passenger seat. No one would claim the backpack. Lt. Robinson noticed a handgun lying in the unzipped top. Lt. Robinson found a Smith and Wesson .40 handgun in a hard-plastic holster. With the handgun were three envelopes marked with the name and address of Daniel ROWLAND, 176 Pinnacle Rd., Apt 102, Rose Hill, VA 24281. All of the envelopes with the Smith and Wesson handgun were labeled the same. Lt. Robinson received the criminal history for ROWLAND and dispatch advised he was a convicted felon. ROWLAND was detained at that time. Also in the backpack was a black container that had tape and duct tape on it. Lt. Robinson located a black magnetic box. Lt. Robinson noticed plastic baggies sticking out of the magnetic box. When Lt. Robinson opened the box, he saw a large amount of plastic baggies, a used syringe, and a white powder residue all over the inside of the black box. The black round container had black tape on it. Lt. Robinson opened it and saw more plastic baggies. Lt. Robinson pulled out four baggies. Each baggie contained rolled up cash. Lt. Robinson opened each plastic baggie and the money was broken down into increments of $100, then rolled together in ten bundles. Each plastic baggie contained $1000. There were forty bundles folded in half and rolled up in a bundle of ten, with $1000 per plastic baggie. No one would claim the money. Everyone was asked several times and no one would claim it. The money was inside a backpack that had ROWLAND's mail in it. Lt. Robinson noticed a $5 bill lying on the floor of the car, which he also took.

On May 18, 2020, the SWDTF used CS-1 to purchase 2 grams of suspected methamphetamine from ROWLAND.

On June 2, 2020, the SWDTF used CS-13 to purchase 56.34 grams of methamphetamine from ROWLAND. During the call to set up the deal, ROWLAND told CS-13 that Creekmore was getting four ounces. CS-13 went to Creekmore's residence and ROWLAND was not there, but Creekmore called ROWLAND. CS-13 met ROWLAND at a gas station in Lee County and got two ounces. CS-13 told agents they saw a gun in the driver's side door.

14

On June 5, 2020, SWDTF Agent Larry Mullins and I interviewed CS-4 at the Wise County Courthouse. During a trip to pick up methamphetamine in the Atlanta area, in addition to himself/herself and MG, CF, Brad LNU, JRM, and Daniel ROWLAND were also there to get methamphetamine from the black male source. Other big methamphetamine dealers in the southwest Virginia area are Daniel ROWLAND and EF, they said.

On the night of June 7, 2020, federal search warrants were executed upon Daniel ROWLAND and the gray Infiniti G35 he was driving as he entered Big Stone Gap, Virginia, upon his arrival from the Atlanta, Georgia area. As a result of and in relation to the execution of the federal search warrants, approximately $35,000, a loaded 9mm pistol, and over a kilogram of ice methamphetamine were seized, along with other items. Daniel ROWLAND was interviewed at the scene and admitted he has been trafficking in multi-kilogram quantities of ice methamphetamine during the last month, selling/distributing two kilograms of methamphetamine about every two to three days. ROWLAND claimed his source of supply was Eric Glass, a resident of Atlanta, Georgia.

On June 8, 2020, Daniel ROWLAND was interviewed by DEA SA Brian Snedeker and VSP SA Ray Cox. Before the interview, SA Cox advised ROWLAND of his rights. SA Snedeker asked ROWLAND (in the presence of SA Ray Cox) if he had been advised of his rights. ROWLAND acknowledged he had been advised of his rights and he wanted to know if TM was being cooperative. ROWLAND stated he was willing to answer questions and provided the following information. Eric Glass is his source of methamphetamine. ROWLAND got started in trafficking methamphetamine in 2016. His source of supply then and up until he started dealing with Glass was "Mike" aka "Chris" Ferguson from Andrews, North Carolina. Ferguson sells methamphetamine and heroin. Glass does not have a car and ROWLAND acts as his driver. Glass has been in prison before and told ROWLAND he will not go back. Glass is a "computer whiz" and makes fake identification documents. ROWLAND met Glass through Wise County, Virginia resident Shane Cress. ROWLAND has been dealing with Glass for about the last month and picking up two kilograms of methamphetamine from Glass every two to three days. ROWLAND [subsequently clarified that he has been dealing with Glass for approximately two months, about the same amount of time he has had the gray Infiniti G35. When ROWLAND dealt with Glass the first time, he bought a kilogram of methamphetamine for $12,000 and was obtaining a kilogram of methamphetamine from Glass every other day that first month. During the second month ROWLAND obtained methamphetamine from Glass, he obtained two kilograms each time every two to three days. ROWLAND obtained less than two kilograms of methamphetamine on this most recent acquisition from Glass because Glass sold the other kilogram of methamphetamine to one of his customers in Atlanta. Glass was supposed to get ten kilograms of methamphetamine "yesterday," but it didn't happen. Glass does not carry a gun. The methamphetamine has always been in "ice" form except on one occasion, when it was in raw/pre-ice form. Glass currently likes to try to get $16,000 per kilogram of methamphetamine, but

15

ROWLAND only pays Glass $14,500 per kilogram. ROWLAND always drives Glass to meet Glass' Mexican methamphetamine sources of supply in the Atlanta, Georgia area. Jon ROLLINS from Big Stone Gap, Virginia, has been accompanying ROWLAND on all his trips to Atlanta to meet with Glass, except this most recent trip. ROLLINS buys half a kilogram to one kilogram of methamphetamine from Glass on each trip. Right now, ROLLINS has $20,000 to spend on methamphetamine since he did not accompany ROWLAND on the most recent trip. ROLLINS does not have a car and has no fixed/permanent residence. Glass wants ROWLAND to move to Atlanta, Georgia full-time and perhaps have ROLLINS take over ROWLAND's distribution activities. ROWLAND said there was about $32,000 in the backpack in the car. He said the kilogram of methamphetamine in the same backpack was for a methamphetamine customer in Abingdon, Virginia ("What you got out of the trunk of my car was for him"). ROWLAND has not met the customer, but it is someone ROWLAND's ex-wife, JM, has found and the customer is willing to pay $26,000 for the kilogram of methamphetamine and that price includes a $10,000 delivery fee. ROWLAND was supposed to deliver the kilogram of methamphetamine to JM. ROWLAND delivers/sells methamphetamine to several people in Lee and Wise Counties, Virginia. ROWLAND's customers include the following: Jessica ROBEY (ROWLAND had $5,000 of her money on this last trip. She also buys methamphetamine from Jon ROLLINS); Lynn ("Petie") BOWEN (a one-fourth to one-half pound customer and ROWLAND's biggest methamphetamine customer/ sub-distributor); FR (receives a couple ounces of methamphetamine at a time); Betty LNU (receives between a couple of ounces to five or six ounces at a time); JH (a one-fourth pound customer); Austin HAMMOND (he wants one-fourth pounds at a time); Tiffany Vanover (receives one-fourth pound quantities); and RE (receives one-fourth pound quantities). ROWLAND said he does not like people going into debt, so he does not like to front methamphetamine (accept payment sometime after delivery as opposed to upon delivery), although some people have to be fronted methamphetamine to get started (in methamphetamine trafficking). ROWLAND said he traded a Winchester rifle for the 9mm handgun (Taurus PT709) seized from his car. A woman named KV went with ROWLAND and ROLLINS on a recent trip to Atlanta, Georgia. ROWLAND left her in North Carolina on the way back. ROWLAND sent money orders from Food City in Wise, Virginia, directly to Mexico to pay for some of the methamphetamine.

On June 15, 2020, SWDTF Agents Larry Mullins and Matt Russell and DEA SA Brian Snedeker interviewed Daniel ROWLAND. Agents initiated this interview with the understanding that ROWLAND's attorney, Pat Cline, agreed to let his client give the interview. ROWLAND stated the car he was stopped in on June 7, 2020 was purchased from a guy in Bristol. ROWLAND stated he did not have the title. ROWLAND stated Eric Glass' boyfriend was in jail. ROWLAND stated he could fly to Mexico and get methamphetamine through Glass. ROWLAND stated Glass was in the process of moving. Glass lived in a penthouse somewhere in the Atlanta, Georgia area and the name of the area started with a T. ROWLAND stated Jon ROLLINS was going with him to Glass' location in Georgia to get methamphetamine. After ROLLINS started running his mouth about it, he quit taking him. ROWLAND stated his first

trip to Georgia to meet Glass was around the end of April or beginning of May 2020. ROWLAND stated he and Austin HAMMOND went to a Red Roof Inn located in Buckhead, Georgia, where they met Shane Cress. ROWLAND stated he and HAMMOND put their money together—about $14,000. ROWLAND stated HAMMOND gave Cress the money. Robert LNU and Eric Glass arrived and sold Cress approximately a kilogram of methamphetamine for $14,000. Cress then provided HAMMOND the narcotics. ROWLAND stated he thought Tiffany Vanover was also there. ROWLAND stated this was first time he met Glass. ROWLAND stated HAMMOND dealt with Cress when Cress still lived in Wise. ROWLAND stated he had only been going to Georgia for about two months. At this point in the interview, Cline arrived and advised he had spoken with Commonwealth's Attorney Slemp about ROWLAND, and decided against his client continuing with the interview. The interview concluded at that point.

On June 17, 2020, SWDTF Agents Larry Mullins and Matt Russell and I interviewed CS-13 at the Washington County Sheriff's Office. CS-13 stated ROWLAND deals in methamphetamine with Jessica ROBEY, CM (4 oz.), CS, SH, and Jon ROLLINS. CS-13 said he/she knows ROWLAND delivered to ROBEY at least twice this year in May and June. CS-13 said ROWLAND picked up $7,000 from someone in Keokee on one occasion. CS-13 stated ROWLAND deals with someone from Kentucky who he meets in Rose Hill. CS-13 said when ROWLAND was arrested on June 7, 2020, he went to Big Stone Gap to drop off money before going to Abingdon.

On June 23, 2020, SWDTF Agent Larry Mullins and I interviewed CS-14 at the Wise County Courthouse. CS-14 said Daniel ROWLAND was ROLLINS' partner. CS-14 stated ROLLINS was stranded in Georgia when ROWLAND was arrested on June 7, 2020, and MK stole MP's car to go get him.

On June 24, 2020 SWDTF Agents Larry Mullins and Matt Russell and DEA Agent Brian Snedeker interviewed CS-5 at the Wise County, Virginia Commonwealth's Attorney's Office. During the interview, CS-5 was incarcerated at the Duffield Regional Jail. CS-5 was provided with an Advice of Rights/Miranda form. After he/she reviewed the form and signed it, the interview began. CS-5 stated the first time he/she traveled with Daniel ROWLAND to Georgia was Mother's Day weekend (May 9-10, 2020). On May 8, 2020, ROWLAND picked him/her up from his/her residence in Big Stone Gap, Virginia, in his grey car. CS-5 stated they left for Georgia with ROWLAND driving. CS-5 stated ROWLAND had about $12,000 in cash. CS-5 stated they stopped at the Walmart on Lynn Garden Drive in Kingsport, Tennessee. They met with NC, CP, and an unknown black male nick-named the "Driver." CS-5 stated these people were supposed to follow him/her and ROWLAND to Georgia. CS-5 stated he/she and ROWLAND left Walmart for Georgia. CS-5 stated while traveling, ROWLAND spoke with Austin HAMMOND on the phone. HAMMOND was getting some of the dope they were buying in Georgia. CS-5 stated he/she and ROWLAND arrived at a motel in the Marietta, Georgia area. He/She and ROWLAND later picked up Shane Cress, Shawn LNU, and a heavy-set white male from a nearby airport. CS-5 stated the three were trying to rent a vehicle at the airport. CS-5 stated they all went back to Shane Cress' motel room. CS-5 stated that before he/her and

ROWLAND's arrival at the motel, Cress was supposed to have a deal setup for ROWLAND to buy methamphetamine. CS-5 stated that four or five hours later, NC arrived at the motel room. CS-5 stated that ROWLAND and Cress left at one point and came back to the motel without any dope. CS-5 stated that around 0700 hours on May 10, 2020, an unknown white male from Wise, Virginia arrived. CS-5 stated he/she caught a ride back with him to Kingsport, Tennessee. He/She later got a ride back to his/her residence. CS-5 stated the second time he/she traveled to Georgia with ROWLAND was later in May 2020. CS-5 stated they left on Friday in the same vehicle and arrived in Gatlinburg, Tennessee, staying overnight. They left Saturday morning and drove to Andrews, North Carolina, arriving at the residence of a white female named Tasha LNU. CS-5 stated he/she and ROWLAND left Tasha and drove to another residence in Andrews and made contact with a white male named Jordan LNU. CS-5 stated Jordan owed ROWLAND money, but did not have it. CS-5 stated he/she and ROWLAND left and went to the Atlanta, Georgia area. They met a Hispanic male, JF, who drove a silver SUV with Georgia plates, at a gas station. They followed JF to a dirt road and traveled down it about two miles to an isolated area with two single-wide trailers. CS-5 said a white male about 60 years of age occupied one of the trailers. They all three went into this trailer and waited for a phone call. After JF received the call, he/she, ROWLAND, and JF left in JF's vehicle. CS-5 stated they traveled about two miles to another single-wide trailer. Upon their arrival, JF told them there were too many people at the location so they left. CS-5 stated they went back to the previous location. He/She and ROWLAND got in their vehicle and left, following JF to an apartment complex. CS-5 stated that upon their arrival at the apartment complex, ROWLAND and JF walked across the road to a house near a Kroger grocery store. About ten minutes later, they came walking back followed by a white female. ROWLAND told CS-5 he had about two ounces of methamphetamine. CS-5 stated the female asked to use ROWLAND's car, but he said no. The female left in a Jeep SUV. CS-5 stated he/she and ROWLAND left, leaving JF. CS-5 stated he/she and ROWLAND arrived at a Marriott near an underground Walmart in the Atlanta, Georgia area. CS-5 stated they went into the hotel to see Eric Glass. Upon arrival at Glass' room, he/she and ROWLAND made contact with an older white male known as Tom LNU, Ritchie LNU and Glass. ROWLAND told Glass that JF did not make the previous rip-off right. CS-5 stated that ROWLAND gave Glass money. Glass told them he had to walk down to the bottom of the hotel and left. Glass arrived back at the room and gave ROWLAND a kilogram of methamphetamine. CS-5 stated that in return, ROWLAND gave Glass about two ounces. He/She and ROWLAND left the Marriott. CS-5 stated that while driving, ROWLAND received a call from Jon ROLLINS. Rollins told ROWLAND that he, LM, Tiffany Vanover, RE, GM, BB, and BT were all at the Motel 6 in Marietta, Georgia. CS-5 stated he/she and ROWLAND arrived at the Motel 6, making contact with ROLLINS. ROLLINS gave ROWLAND $1,500 and ROWLAND gave him 2.5 ounces of methamphetamine. He/She and ROWLAND then left and drove to a motel in Andrews, North Carolina and spent the night. CS-5 said that the next day, they drove back to Tasha's residence and ROWLAND fronted Tasha a half ounce of methamphetamine. CS-5 stated they then drove to Jordan's residence. Jordan gave ROWLAND $600 and ROWLAND provided him with an ounce of methamphetamine. CS-5 stated ROWLAND drove him/her back home to Big Stone Gap, Virginia, telling him/her he had to go to Rose Hill. CS-5 stated the third time he/she traveled with ROWLAND to Georgia, they took ROWLAND's car and left on a Thursday

18

(June 4, 2020). CS-5 stated when they left on Thursday, they first went to Jessica ROBEY's residence. Upon their arrival, CS-5 went to the bathroom and when he/she came out, ROWLAND and ROBEY were counting out about $10,000 in cash. ROBEY gave ROWLAND $2,000 in cash. CS-5 stated after he/she and ROWLAND left, they arrived at a house on the left that is located next to the road, before a bridge, near apartments in Rose Hill, Virginia. CS-5 said upon arrival at the house, ROWLAND made contact with a white female in her 30's who had just gotten her teeth knocked out with a shovel. CS-5 stated the female gave ROWLAND $200 to get some methamphetamine. CS-5 stated they left and drove to some nearby apartments located above an old store. CS-5 stated upon arrival, ROWLAND made contact with a white male in his 50's who had a pony tail and a white female in her 40's. CS-5 stated that ROWLAND purchased dose units of morphine and Lortab for $200 from the male. CS-5 stated he/she and ROWLAND left and drove to a Zoomerz gas station in Kingsport, Tennessee. They picked up Jon ROLLINS and KV and all four left for Georgia. CS-5 stated they arrived at Eric Glass and his friend Adam's location. The location was a penthouse located near a Kroger and a Goodwill in the Atlanta, Georgia area. CS-5 stated upon their arrival, they all went inside GLASS's residence. ROWLAND discussed with Glass about buying 2.5 kilograms of methamphetamine. Glass told ROWLAND they missed the time limit, and that it was too late so they all stayed the night at Glass' residence. CS-5 stated Glass' friend Adam left and went back to his motel with $1,500 in cash. CS-5 stated the next morning about 6:00 am, Glass and ROWLAND left in ROWLAND's car. They came back about two hours later with 2 kilograms of methamphetamine. Glass sold one of the kilograms, so they all stayed overnight again so ROWLAND could get a second kilogram. CS-5 stated the next day, Glass and ROWLAND left again to get a second kilogram but came back with only five ounces. CS-5 stated on June 7, 2020, he/she, ROWLAND, KV, and Jon ROLLINS all left the Atlanta area together with one kilogram and five ounces of methamphetamine. While driving back to Virginia, they dropped KV off without any dope somewhere in Tennessee because she got scared. Later, they dropped ROLLINS off with LM on Lynn Garden Drive or Gate City, Virginia. ROLLINS took one ounce of methamphetamine with him. CS-5 stated that later that day is when they were arrested in the vehicle stop on June 7, 2020, in Big Stone Gap, Virginia. CS-5 stated the gun that was located during the vehicle stop in ROWLAND's vehicle on June 7, 2020, came from AH. CS-5 stated ROWLAND is AH's father. AH lives with his mother. CS-5 stated the $7 in the console of ROWLAND's vehicle and the money he/she had during the vehicle stop on June 7, 2020, belonged to ROWLAND.

On July 1, 2020, SWDTF Agent J.T. Coleman and I interviewed CS-11 at the Southwest Virginia Regional Jail at Duffield. CS-11 said he/she has known Daniel ROWLAND about a year. CS-11 said ROWLAND was trying to "get with" his/her mother to secure her methamphetamine "plug" (source) in North Carolina. CS-11 said ROWLAND was also going to Atlanta for methamphetamine once or twice a week. He/She said he/she had seen ROWLAND with 10+ kilograms of methamphetamine on multiple occasions. CS-11 said he/she has also seen ROWLAND with a gun every time. He/She has seen him with a sawed-off shotgun with a gold trigger and a .25 pistol. CS-11 said those associated with ROWLAND are CT (a big runner for ROWLAND), JM, VC, Eddie Regan (might be taking over ROWLAND's business with John ROLLINS), DC, RC, and RM. CS-11 said he/she met Jessica ROBEY through ROWLAND

19

earlier this year. CS-11 said ROLLINS is ROBEY's plug now. CS-11 said he/she knows there is an Adam LNU (through description I believe this to be Adam Bowers) who is connected to ROWLAND.

On July 18, 2020, SWDTF Agent Matt Russell and I interviewed Jon ROLLINS at the Scott County Sheriff's Office. ROLLINS had been arrested and was read his Miranda Rights. He acknowledged these rights and signed a waiver form. ROLLINS said he has been going to Atlanta to buy methamphetamine since about March 2020. He started out as "partners" with Daniel ROWLAND and they went to Atlanta together many times. ROLLINS said the methamphetamine had "dried up" everywhere except Atlanta. ROLLINS said when they were both going to Atlanta, they were bringing back, on average, five kilograms of methamphetamine, and at the most seven to eight kilograms. ROLLINS said the day ROWLAND was arrested, he (ROWLAND) had come back from an Atlanta run and he (ROLLINS) was headed back down with Chad Frazier and EF. Frazier's plug did not have any methamphetamine so he (ROLLINS) bought a half pound for Frazier. ROLLINS said EF has tried to buy from him since then. He said Austin HAMMOND was making trips with ROWLAND. He (HAMMOND) was also buying from Shane Cress, but was told not to come back. ROLLINS said he did not really deal with Cress, though.

On July 29, 2020, SWDTF Agent Larry Mullins and I interviewed CS-7. CS-7 said he/she was in jail with GB and GB told him/her the source of methamphetamine in Georgia is his family. GB introduced him/her to Daniel ROWLAND. He/She said he/she only dealt with ROWLAND on a couple of occasions but did deal with KR on ten to fifteen occasions starting in August or September 2019 until February 2020. CS-7 believes the following people were/are going to Georgia to get methamphetamine: AT, the ROWLANDs, GB, TH (CS-7 said she just got a kilogram) and JM.

On July 31, 2020, SWDTF Agent Clint Johnson and I interviewed CS-8 at the Southwest Virginia Regional Jail at Duffield. CS-8 stated all the methamphetamine is coming from "down south," in Atlanta, Georgia. The connection for most people going down there is Shane Cress. He knows Kris Tremblay, Daniel ROWLAND and AG are/were going through Cress to get methamphetamine. He/She bought an ounce from Jessica ROBEY once in May 2020 and believes ROBEY was getting her methamphetamine from the same place as ROLLINS. He/She bought an ounce from TM and Daniel ROWLAND seven to eight times (five to six times from TM and two times from ROWLAND).

On August 3, 2020, ATF SSA Stephen Levesque and I interviewed CS-12 at the Southwest Virginia Regional Jail at Duffield. CS-12 said Tiffany Vanover, among others, goes to Georgia to get methamphetamine. CS-12 said at some point during May or June 2020, Vanover gave Daniel ROWLAND $3,000 before a trip to get methamphetamine and he ripped her off. He/She said she called the source directly and from then on, went direct with the source. Twice in April, CS-12 said HL was at his/her house when ROWLAND showed up and others started arriving to buy methamphetamine from ROWLAND. CS-12 said ROWLAND had a

black box that went under his car that had a pound of methamphetamine in it that is probably still there. He/She said ROWLAND gave him/her one-fourth an ounce of methamphetamine for letting him stay and sell there. ROWLAND sold to Spider (SS), Tiffany Vanover, TV, and Austin HAMMOND. CS-12 stated ROWLAND had three kilograms on one return from a trip to Georgia. CS-12 said he/she gave ROWLAND money for trips on a couple occasions, including $200 for four grams and $500 that he/she gave TM and she ripped him/her off. CS-12 said MT is the #1 Vice Lord and Tiffany Vanover is the #2 in the area. He/She said he/she has gotten a couple 8-balls of methamphetamine, half grams ten to fifteen times, and several points of heroin from Vanover. He/She said MT gets methamphetamine from ROWLAND. CS-12 said ROWLAND told him/her he would give him/her four ounces of methamphetamine and a gun if he/she would shoot Austin HAMMOND in the leg. ROWLAND said he had seen phone calls on HAMMOND's phone where HAMMOND had been calling the DTF.

On September 15, 2020, SWDTF Agent Matt Russell and I interviewed CS-15. CS-15 stated Daniel ROWLAND stayed at his/her house for a couple weeks several months ago (March-April 2020). He/She said he/she has known ROWLAND a long time. CS-15 said ROWLAND came to the house and threw down his bag and CS-15 could see about a kilogram of methamphetamine in it. While there, CS-15 saw ROWLAND sell ounces of methamphetamine to JM, Jon ROLLINS, AB, Jessica ROBEY, RE, JH, BT, Tiffany Vanover, and HL. ROWLAND gave him/her methamphetamine for letting him stay there. CS-15 stated he/she has gotten methamphetamine from HB, ROWLAND, and Vanover, among others.

On September 16, 2020, SWDTF Agent Matt Russell and I interviewed Kristopher Tremblay at the Southwest Virginia Regional Jail at Duffield. Tremblay retained attorney Richie Kennedy who was present. Tremblay said Vanover sells methamphetamine to MM, Tim McMahan, JW, among others. Vanover told him Daniel ROWLAND was her source until he got arrested.

During this investigation, ATF agents obtained records from Western Union (WU) relating to money transfers totaling approximately $3000 sent in the name of Daniel ROWLAND to several recipients in Mexico on May 24, 2020. I obtained surveillance video footage of the WU counter at the Food City in Wise, Virginia. At the time these money transfers to Mexico were executed, the video footage shows only one customer at the WU counter. I viewed the footage and recognized the customer as Daniel ROWLAND.

Pursuant to a federal search warrant, I obtained the contents of Facebook Messenger communications by Eric Glass. Facebook records revealed that on May 24, 2020, Glass instructed ROWLAND to send money via WU to four individuals in Mexico. The recipient names for the transfers in the WU records from ROWLAND to Mexico match the names Glass provided to ROWLAND in the May 24, 2020 Facebook messages. In response, ROWLAND sent photographs of the WU receipts with the transaction numbers to Glass. The WU transaction numbers and the recipient names are the pieces of information required by WU to collect transferred funds on the receiving end. Based on a review of the messages between Glass and

ROWLAND, as well as my training and experience, these messages indicate the money transferred was in furtherance of, and proceeds from, illegal distribution of controlled substances. Distribution of controlled substances meets the statutory definition of "specified unlawful activity" for purposes of 18 U.S.C. § 1956 (Laundering of Monetary Instruments). For tpurposes of the Controlled Substances Act, Facebook Messenger meets the statutory definition of a "communication facility," as it enables users to send and receive written messages and photographs.

During this investigation, I obtained Indictments and Sentencing Orders for ROWLAND for felony convictions in Lee County on March 31, 2008, and Wise County on November 9, 2006. I also obtained his Conditions of Probation, which ROWLAND signed on November 11, 2010, and which explicitly prohibit ROWLAND from using, possessing, transporting or carrying a firearm.

ROWLAND has at least 11 prior felony convictions including those for Felony Conspiracy, Felony Breaking and Entering with intent to Commit a Felony, Grand Larceny, Receiving Stolen Goods and Manufacture/Sale/Possession of Controlled Substance in Wise County in 2006. He was also convicted of Possession of Schedule I or II Drugs in Lee County in 2008.

## COOPERATING SOURCES

Throughout this affidavit, I have identified several individuals by name and several as Cooperating Sources (CS) who were interviewed and/or assisted law enforcement during this investigation. I believe the information provided by them, and included in this affidavit, to be credible and reliable for the following reasons: the debriefings included statements against their own penal interest, the information provided by them matched information received from other sources, and much of this information was confirmed by other investigative methods. Some of these methods included surveillances and records acquired during the investigation.

CSs are utilized for several reasons. A CS might be a member of the target organization and therefore have easy access to information needed by law enforcement. A CS might have a relationship with members of the target organization, making it easy to purchase and/or locate illegal substances, profits, etc. Further, in many situations, a CS provides to law enforcement the opportunity to infiltrate an organization when all other means are exhausted.

CS-1 was arrested for a violation of state law. CS-1 worked as an active informant (doing drug buys) and provided information on other crimes, including drug traffickers, in return for the possibility of a reduced sentence.

CS-3 was arrested for a violation of state law and was incarcerated at the time of the

interview. CS-3 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-4 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-4 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-5 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-5 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-6 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-6 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-7 was arrested for a violation of state law.  CS-7 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-8 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-8 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-10 was arrested for a violation of state law.  CS-10 worked as an active informant (doing drug buys) and provided information on other crimes, including drug traffickers, in return for the possibility of a reduced sentence.  CS-10 also was being paid.  CS-10 has since been removed from use by SWDTF agents for failure to follow a handling agent's instructions.

CS-11 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-11 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-12 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-12 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-13 had not yet been arrested for state drug violations.  CS-13 worked as an active informant (doing drug buys) and provided information on other crimes, including drug traffickers, in return for the possibility of a reduced sentence.

CS-14 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-14 provided information on other crimes, including drug traffickers, in return

for consideration for bond and/or a reduced sentence.

CS-15 had previously been a Confidential Informant and provided information hoping to be an informant again, as they had new charges on which they wished to get a reduced sentence.

CS-16 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-16 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-17 was arrested for a violation of state law. CS-17 provided information on other crimes, including drug traffickers, in return for the possibility of a reduced sentence.

CS-18 was arrested for a violation of state law and was incarcerated at the time of the interview.

CS-19 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-19 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

CS-20 was arrested for a violation of state law and was incarcerated at the time of the interview. CS-20 provided information on other crimes, including drug traffickers, in return for consideration for bond and/or a reduced sentence.

Respectfully submitted,

Senior Special Agent Ryan C. Temm
Bureau of Alcohol, Tobacco, Firearms, and Explosives
United States Department of Justice

Subscribed and sworn to before me on _telephonically_ _January 5_____, 2021

HONORABLE PAMELA MEADE SARGENT
UNITED STATES MAGISTRATE JUDGE

24

Reviewed by:  AUSA Lena Busscher

25